# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NEAL PAUL ROSETTE, Defendant. | CR 15-40-GF-BMM ORDER |

Upon unopposed motion of the United States and for good cause shown,

IT IS ORDERED that Count II of the indictment against Neal Paul Rosette in this matter is DISMISSED.

DATED this 23rd day of March, 2016.

_____
Brian Morris
United States District Court Judge

1